Judgment in a Civil Case
_____

United States District Court<br>
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| DAMON MONTGOMERY | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 17-CV-861 |
| v. | |
| DEMOCRAT AND CHRONICLE, et al. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed and any appeal from this Order would not be taken in good faith and that leave to appeal to the Court of Appeals as a poor person is denied.

| | |
|---|---|
| Date: April 18, 2018 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/N. Evtimovski<br>        Deputy Clerk |