4-18-18

I'm writing to your office at this time to let your office know that I've moved to another jail, I'm at Allenwood Low Security Correctional Complex My case number is 17-CV-861. Thank you

Damon Montgomery

Damon Montgomery 26757055
Federal Correctional Complex - Allenwood Low Security
P.O. Box 1000
White Deer P.A. 17887



<19 id="1" />
